In the Matter of the Application of BROWNELL BROS., INC., Respondent, for a Mandamus Order against TOWN BOARD OF THE TOWN OF WATERFORD, Appellant.— Order reversed on the law, and application denied, with fifty dollars costs and disbursements, on the ground that the petition and accompanying affidavits, as traversed by the affidavits and records read on the part of the town, present no issue of fact to be tried. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Application of BROWNELL BROS., INC., Respondent, for a Mandamus Order against VILLAGE BOARD OF THE VILLAGE OF WATERFORD, Appellant.— Order reversed on the law, with fifty dollars costs and disbursements, on the authority of *Matter of Brownell Brothers, Inc.*, v. *Town Board of Town of Waterford* (*ante*, p. 842), decided herewith. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Application of ANDREW H. HISCOX, Town Superintendent of Highways of the Town of Greenport, Columbia County, to Lay Out a Highway in Such Town, and for the Assessment of Damages Therefor.— The part of the order of the County Court of Columbia county, made April 13, 1929, which directs that part 1 of the highway described in the petition be laid out and opened less than three rods in width, to wit, twenty-seven feet in width, is confirmed. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

HORACE F. PRINCE, Appellant, v. CAROLINE SHEA and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. Van Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents.

In the Matter of the Judicial Settlement of the Account of VERA F. STRONG, as Executrix, etc., of WILLIAM H. DAILEY, Deceased. AMOS O. DAILEY and LEWIS G. DAILEY, Respondents, Appellants; VERA F. STRONG, Executrix, Appellant, Respondent.— Decree unanimously affirmed, with costs to both parties payable out of the estate. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

LINN H. BABCOCK, Respondent, v. L. & A. BABCOCK CO., INC., Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ABRAHAM I. GORDON, Respondent, v. JOSEPH ELLENBOGEN, Appellant. EVA GORDON, Respondent, v. JOSEPH ELLENBOGEN, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

DAVID SAMIOF, Respondent, v. EDWARD W. KEHN, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ. [131 Misc. 764.]

BUDD D. MILLER, Appellant, v. HAROLD F. HUESTIS, Respondent.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.